FILED ____ ENTERED
____ LODGED ____ RECEIVED

AUG 15 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HOAN THAI TRAN,<br>WILSON TRUONG, and<br>HUY HA,<br><br>Defendants. | NO. CR19-152 JLR<br><br>**INFORMATION** |

The United States Attorney charges that:

### Count 1
**(Conspiracy to Use a Communication Facility to Commit a Federal Felony Controlled Substances Offense)**

Beginning on a date unknown, but at least by the middle of 2016, and continuing until October 2018, in King County within the Western District of Washington and elsewhere, HOAN THAI TRAN, WILSON TRUONG, HUY HA, and others known and unknown did knowingly and intentionally conspire to use any communication facility, including the United States Postal Service and other instrumentalities used and useful in the interstate transmission of communications, in committing and causing and facilitating the commission of any act or acts constituting a felony under Title 21, United States

Code, Sections 841(a)(1) and 846, that is Distribution of Marijuana and Conspiracy to Distribute Marijuana, specifically involving the interstate distribution of marijuana from Washington to other locations outside the State of Washington, in violation of Title 21, United States Code, Section 843(b).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Conspiracy to Commit Money Laundering)

Beginning on a date unknown, but at least by the middle of 2016, and continuing until October 2018, in King County within the Western District of Washington, and elsewhere, HOAN THAI TRAN and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to conduct and attempt to conduct financial transactions, that is transactions involving the movement of funds by wire and other means affecting interstate and foreign commerce, specifically the interstate transportation of cash and monetary instruments via United States Postal Service and other means, which financial transactions in fact involved the proceeds of specified unlawful activity, that is, Conspiracy to Use Communication Facility to Commit a Federal Felony Controlled Substances Offense, Distribution of Marijuana, and Conspiracy to Distribute Marijuana, in violation of Title 21, United States Code, Sections 843(b), 841(a)(1), and 846, knowing that the transactions are designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

//
//

UNITED STATES ATTORNEY
700 STEWART ST.
SEATTLE, WA 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATIONS

*Drug Offense*

The allegations in Count 1 of this Information are hereby realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of the felony drug offense charged in Count 1, HOAN THAI TRAN, WILSON TRUONG, and HUY HA shall forfeit to the United States of America any and all property, real or personal, constituting or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and shall further forfeit any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

*Money Laundering Offense*

The allegations in Count 2 of this Information are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(1).

Upon conviction of the felony offense in violation of Title 18, United States Code, Section 1956, as charged in Count 2, HOAN THAI TRAN shall forfeit to the United States of America any property, real or personal, involved in the offense, and any property traceable to such property.

*Substitute Assets*

If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been diminished in value; or

UNITED STATES ATTORNEY
700 STEWART ST.
SEATTLE, WA 98101
(206) 553-7970

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

DATED this 15th day of August, 2019.

BRIAN T. MORAN
United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

SARAH Y. VOGEL
Assistant United States Attorney

Information/HOAN THAI TRAN, et. al. - 4